IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CLIFFORD JONES,** § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:25-CV-1417-L-BN** |
| § | |
| **WINDTREE HOMEOWNERS ASSOCIATION, INC.; THE CITY OF DALLAS; and UNITED TOWS, LLC,** § § § § § | |
| Defendants. § § | |

# ORDER

On December 10, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 41) was entered, recommending that the court grant Plaintiff's Motion for Leave to Amend Complaint (Doc. 33); docket Plaintiff's proposed Second Amended Complaint (Doc. 33 at 5-174); and deny as moot Defendants' Motions to Dismiss (Docs. 27, 29). The magistrate judge further recommends that Defendants be ordered to file their respective responsive pleadings to the Second Amended Complaint by a deadline to be set by the magistrate judge. No objections to the Report were filed, and the deadline for filing objections has expired.

Having considered the parties' Motions, the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and it **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Leave to Amend Complaint (Doc. 33); **directs** the clerk of court to docket Plaintiff's proposed Second Amended Complaint (Doc. 33 at 5-174); and **denies as moot** Defendants' Motions to Dismiss

(Docs. 27, 29).  Further, Defendants shall file their respective responsive pleadings to the Second Amended Complaint by the deadline set by the magistrate judge.

**It is so ordered** this 11th day of February, 2026.

Sam A. Lindsay
United States District Judge